IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Escort, Inc.,

    Plaintiff(s),

vs.

Nolimits Enterprises, Inc.,

    Defendant(s).

Case Number: 1:18cv323

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 20, 2018 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 4, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to disqualify counsel (Doc. 17) is DENIED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court