**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **ESCORT, INC.,** | ) | |
| Plaintiff, | ) | **Case No. 1:18-cv-00323-SJD-KLL** |
| v. | ) | |
| | ) | **Judge Susan J. Dlott** |
| **NOLIMITS ENTERPRISES, INC.,** | ) | **Magistrate Judge Karen L. Litkovitz** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ESCORT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANT'S PARTIAL MOTION TO DISMISS (Dkt. 19)**

Attached hereto as Exhibit 1 is a copy of the recent decision by the United States District Court for the Northern District of Texas in *Escort, Inc. v. Uniden America Corporation*, Case No. 3:18-CV-0161-N, denying Defendant Uniden's motion to dismiss as to U.S. Patent No. RE39,038 ("the '038 patent") pursuant to 35 U.S.C. § 101 based on the court's finding that the claims of the '038 patent are not directed to an abstract idea.  This ruling relates to Defendant NoLimits Enterprises, Inc.'s pending Partial Motion to Dismiss (Dkt. 19).

1

Dated: February 5, 2019          Respectfully submitted,

/*s/ John D. Luken*
John D. Luken
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8323
E-Mail: john.luken@dinslaw.com

Edward R. Nelson, III
E-Mail: ed@nbafirm.com
NELSON BUMGARDNER ALBRITTON
3131 West 7th Street, Suite 300
Fort Worth, TX  76197
Telephone:  (817) 377-9111
Facsimile:  (817-377-3485

Timothy E. Grochocinski
E-Mail: tim@nbafirm.com
Joseph P. Oldaker
E-Mail: joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON
15020 S. Ravinia Ave., Suite 29
Orland Park, IL  60462
Telephone: (708) 675-1975
Facsimile: (708) 675-1786


COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

On February 5, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Ohio, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>  /s/ *John D. Luken*
>  John D. Luken